UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| OWEN GARTH HINKSON, | |
| Movant, | |
| v. | CIVIL ACTION NO. 1:21-CV-04518-JPB |
| UNITED STATES OF AMERICA, | CRIMINAL ACTION NO. 1:17-CR-72 |
| Respondent. | |

## ORDER ADOPTING FINAL REPORT AND RECOMMENDATION

This matter is before the Court on the Magistrate Judge's Final Report and Recommendation [Doc. 68]. No objections have been filed. This Court finds as follows:

Absent objection, a district judge has broad discretion to accept, reject or modify a magistrate judge's proposed findings and recommendations. United States v. Raddatz, 447 U.S. 667, 680 (1980). Because no objections have been filed, and in accordance with 28 U.S.C. § 636(b)(1), the Court has reviewed the Final Report and Recommendation for clear error and finds none.

Accordingly, the Court **APPROVES AND ADOPTS** the Final Report and Recommendation [Doc. 68] as the judgment of the Court. For the reasons stated in

the Magistrate Judge's Report and Recommendation, the Motion to Vacate, Set Aside or Correct Sentence under 28 U.S.C. § 2255 [Doc. 52] is **DISMISSED** as untimely and the Motion to Dismiss Indictments [Doc. 53] is **DENIED**.  A Certificate of Appealability is **DENIED**.  The Clerk is **DIRECTED** to close civil action number 1:21-CV-4518.

**SO ORDERED** this 3rd day of February, 2023.

_____
J. P. BOULEE
United States District Judge